RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Heidi_Ojeda@fd.org

Attorney for Kenneth Edward Huddleston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EDWARD HUDDLESTON,<br><br>Defendant. | Case No. 2:22-cr-00070-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND INFORMAL OBJECTIONS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Kenneth Edward Huddleston, that the Sentencing Hearing currently scheduled on October 25, 2023 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days- requesting a date in January 2024.

IT IS FURTHER STIPULATED AND AGREED, that counsel shall submit any informal objections to the presentence report thirty days prior to sentencing.

The Stipulation is entered into for the following reasons:

1. Counsel for the defense will be in trial in *United States v. Gamble* at the currently scheduled date.

2. Counsel also needs additional time to review the PSR with the client and submit any informal objections to the PSR. There was a delay in providing Mr. Huddleston the PSR, so he has not had time to review the draft PSR with counsel.

3. Counsel for the defendant needs additional time to gather mitigation information for Mr. Huddleston, which is relevant to the sentencing disposition of this case.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of October 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender |   */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00070-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH EDWARD HUDDLESTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that defense counsel shall have to and including December 13, 2023, to file any and all informal objections to the presentence report.

IT FURTHER ORDERED that the sentencing hearing currently scheduled for Wednesday, October 25, 2023 at 1:30 p.m., be vacated and continued to  January 17, 2023 at the hour of  9:00 a.m. in Courtroom 6C.

DATED this 11th day of October 2023.

_____
UNITED STATES DISTRICT JUDGE